IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAMIEN PAUL ASHTON, #09088126, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 3:10-CV-1294-B (BK) | |
| § | | |
| DALLAS COUNTY SHERIFF'S § | | |
| DEPARTMENT, et al., § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28th day of September, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE